IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RAUL CALDERON, | |
|---|---|
| Petitioner, | 4:19CV3073 |
| vs. | |
| SCOTT FRAKES, Director N.D.C.S; | MEMORANDUM AND ORDER |
| Respondent. | |

On July 25, 2019, the court conducted an initial review of Petitioner Raul Calderon's Petition for Writ of Habeas Corpus ([filing no. 1](filing no. 1)) brought pursuant to 28 U.S.C. § 2254. The court determined Petitioner's petition did not clearly indicate the judgment challenged or the grounds alleged and was not signed under penalty of perjury. ([Filing No. 5](Filing No. 5).) The court ordered Petitioner to file an amended petition for writ of habeas corpus within 30 days and, later, by September 30, 2019, pursuant to Petitioner's request for an extension. ([Filing No. 8](Filing No. 8).) To date, Petitioner has not filed an amended petition and the time in which to do so has passed.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it. The court will enter judgment by a separate document.

Dated this 10th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge